Thomas R. Brooksbank, Esq.
Brooksbank & Associates
Nevada Bar No. 2674
689 Sierra Rose Drive, Ste A-2
Reno NV 89511
(775) 329-5230

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| ELVIS HERRERA,<br><br>              Plaintiff,<br><br>     vs.<br><br>COMMERCIAL RECOVERY SYSTEMS, INC.,<br><br>              Defendant. | Case No.: 3:06-cv-54<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

ELVIS HERRERA, by and through his attorney THOMAS R. BROOKSBANK, ESQ., hereby dismisses the above-entitled action with prejudice, as the case has been settled prior to the defendant filing an answer..

Dated this 27th day of March, 2006.

BROOKSBANK & ASSOCIATES

By:____/s/ Thomas R. Brooksbank___
          THOMAS R. BROOKSBANK, ESQ.
          Attorney for Plaintiff