IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ELVIS HERRERA,

    Plaintiff,                                3:06-CV-00054-HDM-RAM

    vs.                                        **ORDER**

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.

_____/

    This action is dismissed with prejudice.

    It is so Ordered.

    Dated this 28th day of March, 2006.

_____
United States District Judge